

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cody Daniel Bond<br><br>Plaintiff,<br>V.<br><br>Juddson M. Kirk, CDR - CO NCBM<br><br>Defendant. | Civil Action No. 20-cv-01816-DMS-JLB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's request for habeas relief is denied.

Date:  5/21/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy